Thomas WILLIAMS, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 66658.

Missouri Court of Appeals,
Eastern District,
Division One.

March 7, 1995.

Nancy L. Vincent, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., REINHARD, P.J., and CRAHAN, J.

### ORDER

PER CURIAM.

Movant appeals from the motion court's dismissal, for untimeliness, of his Rule 24.035 motion for post-conviction relief. We affirm. The motion court's conclusion is not clearly erroneous. An extended opinion would have no precedential value. Rule 84.16(b).

Tommy C. NUNLEY, Appellant,

v.

STATE of Missouri, Respondent.

No. 66680.

Missouri Court of Appeals,
Eastern District,
Division One.

March 7, 1995.

Craig Allan Johnston, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Appellant, Tommy C. Nunley, appeals from an order entered in the Circuit Court of Cape Girardeau County dismissing appellant's motion under Rule 24.035 to vacate, set aside, or correct the judgment or sentence. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of the circuit court is based on findings of fact that are not clearly erroneous. As we find an extended opinion would serve no jurisprudential purpose, we affirm the circuit court's judgment pursuant to Rule 84.16(b).